IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

FERNANDO MALDONADO,

        Petitioner,

 v.                                                          Case No.  5D16-3069

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed September 30, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Charles A. Greene, Jr., of Charles A. Greene, Jr., PA, Tampa, for Petitioner.

No appearance for Respondent.


PER CURIAM.

        The amended petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 19, 2016 VOP  judgment and sentence in Case No. 2015-CF-000879, in the Circuit Court in and for Marion County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


        PETITION GRANTED.


LAWSON, C.J., TORPY and EDWARDS, JJ., concur.